THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES DE MARCO, Appellant.— Orders of the County Court of Orange county, and judgment of conviction of the crime of criminally receiving stolen goods in the second degree, unanimously affirmed. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL LOPRESTI, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELMER MILLER, Appellant.— Judgment of conviction of the Court of Special Sessions modified by limiting the sentence to the term already served by defendant. As so modified the judgment is unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN REGELL, Appellant.— Judgment of conviction of the City Magistrate's Court, Municipal Term,* reversed upon the law and the facts, fine remitted, and defendant discharged, upon the ground that the facts failed to establish an employment of the boy in

* See Inf. Crim. Cts. Act of City of New York (Laws of 1910, chap. 659), §§ 43, 44, 95-b, 95-c, as added by Laws of 1915, chap. 531.— [REP.

question within the meaning and intent of the statute, section 130 of the Labor Law. There was no hiring by defendant of his stepson, nor any wages paid nor promise thereof; and the sending of his stepson on an occasional errand which interfered with neither the boy's schooling nor play was not an employment at which the statute aimed. Kelly, P. J., Young, Kapper and Hagarty, JJ., concur; Lazansky, J., concurs in the result.